ACCEPTED
12-15-00160-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/13/2015 2:20:34 PM
Pam Estes
CLERK

NO. 12-15-00160-CR

ON APPEAL FROM THE 217TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO 2011-0160

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/13/2015 2:20:34 PM
PAM ESTES
Clerk

| | | |
|---|---|---|
| BRADLEY GRAHAM | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE |
| STATE OF TEXAS | § | 12TH JUDICIAL DISTRICT |

**STATE'S RESPONSE TO MOTION FOR REHEARING TO REINSTATE APPEAL**

**TO THE HONORABLE JUSTICES OF THIS COURT:**

Appelle, State of Texas, has no objection to Appellant's Motion for Rehearing to Reinstate Appeal.

I.

On October 5, 2015 the Twelfth Court of Appeals issued a notice that the Clerk's Record failed to contain the trial court's certification of the defendant's right of appeal that was specifically required by Tex. R. App. P. 25.2(d). The Court of Appeals gave a deadline of October 15, 2015 in which to file a supplemental Clerk's record containing the trial court's certification of defendant's right of appeal, or the appeal would be referred to the Court for dismissal. As of October 16, 2015 no supplemental Clerk's record containing the trial court's certification of defendant's right of appeal had been filed. On October 21, 2015 the Court of Appeals issued a memorandum opinion dismissing the appeal for want of jurisdiction due to the lack of supplemental Clerk's Record being filed containing the trial court's certification of defendant's right of appeal. On October 28, 2015 the Appellant filed a Motion for Rehearing to Reinstate the Appeal and attached the trial court's certification of defendant's right of appeal to the Motion.

II.

Pursuant to Exhibit A, the trial court's certification of defendant's right to appeal that Appellant filed with his Motion for Rehearing to Reinstate the Appeal, the State waives any objection to the Appellant's Motion for Rehearing to Reinstate the Appeal.

Respectfully Submitted,

*/s/ April Ayers-Perez*

Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
ATTORNEY FOR THE
STATE OF TEXAS

**Certificate of Service**

I certify that on November 13, 2015, a true and correct copy of the above document has been forwarded to Al Charanza, by electronic service through efile.txcourts.gov.

*/s/ April Ayers-Perez*

## Certificate of Conference

I certify that on November 12, 2015, I conferred with Al Charanza about this motion.

*/s/ April Ayers-Perez*